# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159981(52)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

VICTORIA CATHERINE PAGANO,
      Defendant-Appellant.

_____/

SC: 159981
COA: 340859
Huron CC: 17-105478-AR

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing her brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before March 10, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2020



Clerk